FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

1  M. ALIEU ISCANDARI (State Bar No. 184307)
   LAKEISHA K. POOLE (State Bar No. 247724)
2  ISCANDARI & ASSOCIATES, PLC
   7901 Oakport Street, Suite 4900
3  Oakland, California  94621
   Telephone: (510) 615-6000
4  Facsimile:  (510) 615-6025
5  aiscandari@aol.com
   lkpoole@hotmail.com
6
   Attorneys for Plaintiff
7  JEAN ELISE GREER
8
   MICHAEL W. FOSTER (State Bar No. 127691)
9  EMILY R. EPSTEIN (State Bar No. 215654)
   FOSTER EMPLOYMENT LAW
10 3000 Lakeshore Avenue
   Oakland. California  94610
11 Telephone: (510) 763-1900
   Facsimile:  (510) 763-5952
12 mfoster@fosteremploymentlaw.com
   eepstein@fosteremploymentlaw.com
13
14 Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
15

16                 **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                      **SAN JOSE DIVISION**

19
   JEAN ELISE GREER,                ) Case No. 5:10-CV-01704-JF
20                                   )
              Plaintiff,            ) Case Filed: March 29, 2010
21        vs.                        )
                                     )
22 LOCKHEED MARTIN, ESIS INC, and    ) **ADR STIPULATION AND [PROPOSED]**
   DOES 1 through 20, inclusive,     ) **ORDER SELECTING ADR PROCESS**
23                                   )
                                     )
24            Defendant             )  Judge:  Hon. Jeremy Fogel
                                     )
25                                   )
                                     )
26                                   )
                                     )
27

28

                              1
**ADR STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS CASE NO. 5:10-CV-01704-JF**

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

1    Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3  The parties agree to participate in the following ADR process:

4    **Court processes:**

5    ☐ Non-binding Arbitration (ADR L.R. 4)

6    ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

7    ☒  **Mediation** (ADR L.R. 6)

8    **Private process:**

9    ☐ Private ADR (Identify process and provider) _____

10  The parties agree to hold the ADR session by:

11   ☐ the presumptive deadline (90 days from the date of the order referring the case to an ADR
12     process unless otherwise ordered.)

13   ☒ **O**ther requesting deadline of December 31, 2010.

14

15  DATED:      July 1, 2010          /s/Lakeisha Poole
              **LAKEISHA POOLE**
16            Attorney for Plaintiff
              **JEAN ELISE GREER**

17

18  DATED:      July 1, 2010          /s/Michael W. Foster
              **MICHAEL W. FOSTER**
19            Attorney for Defendant
              **LOCKHEED MARTIN CORPORATION**

20

21  [~~PROPOSED~~] ORDER

22  Pursuant to the Stipulation above, the captioned matter is hereby referred to:  Mediation with a

23  deadline of December 31, 2010.

24

25  IT IS SO ORDERED.

26

27  Dated:___7/2/10_____          _____

28                              United States District Court Judge

2

**ADR STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS CASE NO. 5:10-CV-01704-JF**