MICHAEL W. FOSTER (State Bar No. 127691)
ERIN L. WINTERS (State Bar No. 260559)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland. California  94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
mfoster@fosteremploymentlaw.com
ewinters@fosteremploymentlaw.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JEAN ELISE GREER,<br><br>             Plaintiff,<br>   vs.<br><br>LOCKHEED MARTIN, ESIS INC, and DOES 1 through 20, inclusive,<br><br>             Defendant | Case No. C 10-01704-WHA<br><br>Case Filed: March 29, 2010<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE** ; AND ORDER |

1.     Defendant LOCKHEED MARTIN ("Defendant") and Plaintiff JEAN ELSIE GREER ("Plaintiff") (hereinafter referred to collectively as "the parties") hereby stipulate to reschedule the Case Management Conference currently set for October 13, 2011 to October 20, 2011.

2.     In the interests of justice, and for good cause, the parties agree to continue the Case Management Conference, due to the unavailability of lead counsel for Defendant on October 13, 2011.

1
**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES TO CONTINUE CMC**

1  IT IS SO STIPULATED.

2  Dated: October 6, 2011                LKP LEGAL SERVICES

4
                                         _____/s/_____
5                                        Lakeisha Poole
                                         Attorneys for Plaintiff
6                                        JEAN ELSIE GREER

8  Dated: October 6, 2011                FOSTER EMPLOYMENT LAW

10
                                         _____/s/_____
11                                       Michael W. Foster
                                         Attorneys for Defendant
12                                       LOCKHEED MARTIN CORPORATION

FOSTER Employment Law
3000 Lakeshore Avenue
Oakland, California 94610

2
**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES TO CONTINUE CMC**

**[PROPOSED] ORDER**

Having read and considered the Stipulation and Joint Request for an Order to Continue Case Management Conference and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the Case Management Conference be reset to October 20, 2011, at 3:00 p.m. Counsel for Defendant shall promptly serve a copy of this Order on Plaintiff's counsel.

DATED: October 6, 2011.



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES TO CONTINUE CMC**