IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN ELISE GREER,

    Plaintiff,

  v.

LOCKHEED MARTIN CORPORATION, ESIS, INC., and DOES 1 through 20, inclusive,

    Defendants.

No. C 10-01704 WHA

**ORDER GRANTING REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT**

    Defendant Lockheed Martin Corporation has submitted a request seeking leave to file a motion for summary judgment. Plaintiff did not submit a response. Having considered the submission, defendant's request is **GRANTED**. Defendant may file and notice its motion to be heard on the normal 35-day calendar.

    **IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE