United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN ELISE GREER,

       Plaintiff,

  v.

LOCKHEED MARTIN CORPORATION,
and Does 1 through 20 inclusive,

       Defendants.

_____/

No. C 10-01704 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant.

      The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:  January 11, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE